IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSEMARY SUSAN SEAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 05-1014 |
| | ) | |
| v. | ) | Judge McVerry |
| | ) | Magistrate Judge Caiazza |
| FOCUS ON RENEWAL -- STO-ROX | ) | |
| NEIGHBORHOOD CORPORATION, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM ORDER

On July 28, 2005, this case was referred to United States Magistrate Judge Francis X. Caiazza for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

On February 10, 2006, the magistrate judge issued a Report (Doc. 9) recommending that the Defendants' Motion to Dismiss (Doc. 5) be denied. Service of the Report and Recommendation was made on the parties, and the Defendants filed objections on February 27, 2006. *See* Doc. 10.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the objections thereto, the following Order is entered:

AND NOW, on this 20th day of March, 2006,   IT IS HEREBY ORDERED that the Defendants' Motion to Dismiss (**Doc. 5**) is **DENIED**.

The Report and Recommendation dated February 10, 2006 is adopted as the opinion of the District Court.

BY THE COURT:

s/ Terrence F. McVerry
United States District Judge

cc:

Maureen P. Kelly, Esq.
Email:  mkelly@bccz.com

James G. Seaman, Esq.
Email:  jseaman@eckertseamans.com
Christina I. Kepplinger, Esq.
Email:  ckepplinger@eckertseamans.com